IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **DENNIS VANDUSEN and MELISSA HAMILTON,** § § § | |
| Plaintiffs, § § | EP-20-CV-83-KC |
| v. § § | |
| **PRICILLA FONSECO, VICTORIA MARQUEZ, and SHARELL NAVA,** § § § | |
| Defendants. § | |

## FINAL JUDGMENT

In accordance with the Order the Court signed on May 19, 2020, the Court enters its Final Judgment, pursuant to Federal Rule of Civil Procedure 58, as follows:

It is hereby **ORDERED** that Plaintiff's civil case is **DISMISSED.**

**IT IS FURTHER ORDERED** that all pending motions, if any, are **DENIED** as moot.

The clerk shall close the case.

**SO ORDERED.**

**SIGNED this 21st day of May, 2020.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

1